IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ryan H Karmann and Michelle L Karmann<br>　　　Debtors, | BANKRUPTCY CASE NUMBER<br>19-23561 - TPA |
| Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC<br>　　　Movant.<br>v.<br><br>Ryan H Karmann and Michelle L Karmann<br>　　　Debtors/Respondents,<br><br>Ronda J. Winnecour, Trustee<br>　　　Additional Respondent. | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

　　　Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Lakeview Loan Servicing, LLC, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtors, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

                Respectfully submitted,

Dated:  September 16, 2022        By:  */s/ Christopher A. DeNardo*
                                         Christopher A. DeNardo 78447
                                          Lorraine Gazzara Doyle  34576
                                          LOGS Legal Group LLP
                                          3600 Horizon Drive, Suite 150
                                          King of Prussia, PA 19406
                                          (610) 278-6800
                                          logsecf@logs.com

LLG File #: 22-067382

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ryan H Karmann and Michelle L Karmann<br>    Debtors,<br><br>Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC<br>    Movant.<br>v.<br><br>Ryan H Karmann and Michelle L Karmann<br>    Debtors/Respondents,<br><br>Ronda J. Winnecour, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>19-23561 - TPA<br><br>CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

    I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 19th day of September, 2022:

Ryan H Karrmann
107 Wylie Ave
Houston, PA 15342

Michelle L Karmann
107 Wylie Ave
Houston, PA 15342

Paul W. McElrath, Jr., Esquire
McElrath Legal Holdings, LLC.
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
ecf@mcelrathlaw.com - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com