IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ryan H Karmann and Michelle L. Karmann Debtors, | BANKRUPTCY CASE NUMBER 19-23561 - GLT |
| Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC Movant. v. | CHAPTER 13 Objections due by: **October 24, 2022** |
| Ryan H. Karmann and Michelle L. Karmann Debtors/Respondents, | Docket #: _____ Related to Doc # _____ |
| Ronda J. Winnecour, Trustee Additional Respondent. | |

NOTICE OF HEARING WITH RESPONSE DEADLINE
ON MOTION OF NATIONSTAR MORTGAGE LLC AS SERVICER FOR LAKEVIEW
LOAN SERVICING, LLC FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **October 24, 2022** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

An in-person hearing will be held on **November 2**, 2022, at **10:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form 2 via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service: 10/04/2022

/s/ *Christopher A. DeNardo*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
Attorney for Movant
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ryan H Karmann and<br>          Michelle L. Karmann<br>          Debtors, | BANKRUPTCY CASE NUMBER<br>19-23561 - GLT |
| Nationstar Mortgage LLC as servicer for<br>Lakeview Loan Servicing, LLC<br>          Movant.<br>v. | CHAPTER 13<br><br>Objections due by: **October 24, 2022** |
| Ryan H. Karmann and Michelle L. Karmann<br>          Debtors/Respondents, | Docket #: _____<br><br>Related to Doc # _____ |
| Ronda J. Winnecour, Trustee<br>          Additional Respondent. | |

## CERTIFICATE OF SERVICE

I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of the Notice of Hearing by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this  4th   day of October, 2022:

Ryan H. Karmann
107 Wylie Ave
Houston, PA 15342

Michelle L. Karmann
107 Wylie Ave
Houston, PA 15342

Paul W. McElrath, Jr., Esquire
McElrath Legal Holdings, LLC.
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
ecf@mcelrathlaw.com - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF

United States Trustee
Sent via electronic notification ustpregion03.pi.ecf@usdoj.gov

      I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com