IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ryan H Karmann and Michelle L Karmann<br>        Debtors,<br>Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC<br>        Movant.<br>v.<br>Ryan H Karmann and Michelle L Karmann<br>        Debtors/Respondents,<br>Ronda J. Winnecour, Trustee<br>        Additional Respondent. | BANKRUPTCY CASE NUMBER<br>19-23561 - GLT<br><br>CHAPTER 13<br><br>11 U.S.C. § 362<br><br>Docket #: 87<br><br>Related to Doc # 86 |

**CERTIFICATE OF SERVICE**

    I, Lorraine Gazzara Doyle, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Withdrawal by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 2nd day of November, 2022:

Ryan H Karmann, 107 Wylie Ave, Houston, PA 15342

Michelle L Karmann, 107 Wylie Ave, Houston, PA 15342

Paul W. McElrath, Jr., Esquire, McElrath Legal Holdings, LLC., 1641 Saw Mill Run Boulevard Pittsburgh, PA 15210
ecf@mcelrathlaw.com - VIA ECF

Ronda J. Winnecour, Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/. Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com