# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/4/22 9:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-23561-GLT |
| | : | Chapter: | 13 |
| Ryan H. Karmann | : | | |
| Michelle L. Karmann | : | | |
| | : | Date: | 11/2/2022 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**
#79 Motion for Relief from the Automatic Stay Under Section §362 (d) filed by Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC
    #82 Response filed by Trustee
    #83 Response filed by Debtors

**APPEARANCES**:
    Debtor:    Paul W. McElrath
    Trustee:    Owen Katz

**NOTES:**    [10:03]

Court: Motion to withdraw filed this morning. Any fees incurred by Nationstar in the furtherance of motion are not to be charge to the Debtor.

**OUTCOME:**

1) For the reasons stated on the record, the *Motion to Withdraw/Dismiss Document Motion for Relief from Automatic Stay* [Dkt. No. 86] is GRANTED subject to modification. Consequently, the original *Motion for Relief from Automatic Stay Under Section §362 (d)* [Dkt. No. 79] is DENIED as withdrawn. [JH to enter a modified order form at Dkt. No. 88 to include language specifying that Lakeview Loan Servicing, LLC, shall not charge the Debtor any fees or expenses related to the preparation and prosecution of the original motion].

**DATED:**    11/2/2022