FILED
11/4/22 9:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ryan H Karmann and Michelle L Karmann<br>    Debtors,<br><br>Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC<br>    Movant.<br>v.<br><br>Ryan H Karmann and Michelle L Karmann<br>    Debtors/Respondents,<br><br>Ronda J. Winnecour, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>19-23561 - GLT<br><br>CHAPTER 13<br><br>11 U.S.C. § 362<br><br>Related to Dkt. Nos: 79, 84, 85, 88 |

## MODIFIED ORDER

**AND NOW**, this 4th day of November, 2022, upon consideration of Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC's Motion to Withdraw Motion for Relief from Automatic Stay, it is hereby ORDERED and DIRECTED that the Motion for Relief from Automatic Stay filed at Document Number 79 is WITHDRAWN.

Lakeview Loan Servicing, LLC, shall not charge the Debtors any fees or expenses related to the preparation and prosecution of the original motion.

_____
GREGORY L. TADDONIO jah
CHIEF UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
Paul W. McElrath
Christopher DeNardo, Esq.