FILED
11/2/22 9:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ryan H Karmann and Michelle L Karmann<br>    Debtors, | BANKRUPTCY CASE NUMBER<br>19-23561 - GLT |
| Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC<br>    Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362<br><br>Docket #: 86 |
| Ryan H Karmann and Michelle L Karmann<br>    Debtors/Respondents, | Related to Doc # 79, 84, 85 |
| Ronda J. Winnecour, Trustee<br>    Additional Respondent. | |

**O R D E R**

**AND NOW**, this 2nd day of November 2022, upon consideration of Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC's Motion to Withdraw Motion for Relief from Automatic Stay, it is hereby ORDERED and DIRECTED that the Motion for Relief from Automatic Stay filed at Document Number 79 is WITHDRAWN.

BY THE COURT:

_____
GREGORY L. TADDONIO jah
CHIEF UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
Debtors
Paul McElrath, Esq.
Lorraine Gazzara Doyle

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ryan H. Karmann  
Michelle L. Karmann  
    Debtors

Case No. 19-23561-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Nov 02, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan H. Karmann, Michelle L. Karmann, 107 Wylie Avenue, Houston, PA 15342-1631 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor LoanCare LLC logsecf@logs.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Lakeview Loan Servicing LLC ldoyle@logs.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Marisa Myers Cohen | on behalf of Creditor LoanCare LLC as servicer for Lakeview Loan Servicing, LLC. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Nov 02, 2022 | Form ID: pdf900 | Total Noticed: 1

Marisa Myers Cohen
        on behalf of Creditor LoanCare  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
        on behalf of Debtor Ryan H. Karmann ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Paul W. McElrath, Jr.
        on behalf of Joint Debtor Michelle L. Karmann ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com


TOTAL: 10