**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | | |
| | : | **Case No. 19-23561-GLT** |
| **Ryan Karmann and** | : | |
| **Michelle Karmann** | : | **Chapter 13** |
| Debtors | : | |
| | : | **Related to Doc. No. 101** |
| **Ryan Karmann** | : | |
| **S. S, No. xxx-xx-6110** | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **T Bruce Campbell** | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER**
**AND LOCAL FORM 12**

    I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on March 16, 2023 I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

    The type(s) of service made on the parties was by United States mail, first class or electronic mail where indicated.

Executed on: March 16, 2023

    /s/ Sharla Munroe
    Sharla Munroe, Paralegal
    McElrath Legal Holdings, LLC
    1641 Saw Mill Run Blvd.
    Pittsburgh, PA 15210
    Tel: 412.765.3606
    Fax: 412.765.1917

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Ryan & Michelle Karmann
107 Wylie Avenue
Houston PA 15342

T Bruce Campbell
ATTN: Payroll Manager
PO Box 607
West Middlesex, PA 16159