UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN

| | |
|---|---|
| In re: Ryan H Karmann and Michelle L Karmann<br>　　　Debtors<br>_____<br>Lakeview Loan Servicing, LLC,<br>　　　Movant,<br>v.<br><br>Ryan H Karmann and Michelle L Karmann,<br>　　Respondent/Debtors,<br><br>Ronda J. Winnecour, Trustee,<br>　　Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>19-23561-GLT<br><br>Hearing Date and Time: April 27, at 9:30AM<br><br>Docket #: _____<br><br>Related to Doc # 102 |

**OBJECTION OF LAKEVIEW LOAN SERVICING, LLC TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION**

　　Lakeview Loan Servicing, LLC, by and through its counsel, LOGS Legal Group LLP, hereby objects to the confirmation of Debtor's Chapter 13 Plan, and in support thereof, avers as follows:

　　1.　　On or about September 10, 2019, Debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

　　2.　　Movant holds an allowed claim, secured only by Debtor's principal residence located at 107 Wylie Ave, Houston, PA 15342.

　　3.　　On or about November 19, 2019, Movant filed a Proof of Claim citing arrears in the amount of $5,336.99, and a total claim in the amount of $103,611.27.

　　4.　　Debtor's proposed plan misnames lender and misidentified the loan number.

　　5.　　The Plan fails to comply with 11 U.S.C. § 1322.

　　6.　　The Plan fails to comply with 11 U.S.C. § 1325.

　　7.　　The Court must deny confirmation of Debtor's Chapter 13 Plan.

　　WHEREFORE, Lakeview Loan Servicing, LLC respectfully requests that confirmation of the Debtor's Plan be denied, that Debtor's bankruptcy petition be dismissed with prejudice; and for such other relief as this Court deems appropriate.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| Dated:  4.20.2023 | BY:*/s/Lorraine Gazzara Doyle* |
| | Lorraine Gazzara Doyle, Esquire |
| | LOGS Legal Group LLP |
| | 3600 Horizon Drive, Suite 150 |
| | King of Prussia, PA 19406 |
| | (610) 278-6800/ fax (847) 954-4809 |
| LLG File #:22-067382 | PA BAR ID #34576 |
| | |
| | pabk@logs.com |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN

| | |
|---|---|
| IN RE: Ryan H Karmann and Michelle L Karmann<br>　　Debtors. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>19-23561-GLT |
| Lakeview Loan Servicing, LLC<br>　　Movant,<br>v.<br><br>Ryan H Karmann and Michelle L Karmann<br>　　Respondent/Debtors,<br><br>Ronda J. Winnecour, Trustee<br>　　Additional Respondent. | |

## **ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of the Objection of Lakeview Loan Servicing, LLC to the confirmation of Debtor's Chapter 13 Plan of Reorganization, it is hereby ORDERED that the Objection is sustained, and confirmation of Debtor's Plan is denied.

BY THE COURT:

_____
HONORABLE GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN

| | |
|---|---|
| In re: Ryan H Karmann and Michelle L Karmann<br>　　　Debtors.<br>_____<br>Lakeview Loan Servicing, LLC,<br>　　　Movant,<br>v.<br><br>Ryan H Karmann and Michelle L Karmann,<br>　Debtors/Respondent,<br><br>Ronda J. Winnecour, Trustee,<br>　Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>19-23561-GLT |

## **CERTIFICATE OF SERVICE**

　　　I, , Lorraine Gazzara Doyle, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Lakeview Loan Servicing, LLC's Objection to the Confirmation of Debtor's Chapter 13 Plan by First Class Mail, postage prepaid or by electronic notification, at the respective last known address or email address of each person set forth below on April 20, 2023:

Paul W. McElrath, Jr., Esquire
McElrath Legal Holdings, LLC.
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
Sent via electronic notification ecf@mcelrathlaw.com

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Sent via electronic notification cmecf@chapter13trusteewdpa.com


I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lorraine Gazzara Doyle*
　　　　　　　　　　　　　　　　　　　　　　　　　　Lorraine Gazzara Doyle

LLG File #:22-067382

LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800