

# United States Bankruptcy Court

## Western District of Pennsylvania

In re: Ryan H. Karmann and Michelle L. Karmann, Debtor            Case No. 19-23561-JCM

Chapter 13

**Withdrawal of Claim**

Cavalry SPV I, LLC, through Cavalry Portfolio Services LLC, withdraws its Proof of Claim Number 24-1 filed on November 15, 2019, for account number 5320 and in the amount of $479.89.

Respectfully submitted,

By: /s/ Caitlin Truman
Bankruptcy Specialist
Cavalry Portfolio Services, LLC
P.O. Box 4252
Greenwich, CT 06831
800-501-0909

DATE:   3/14/2024