**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/15/2024

| | |
|---|---|
| IN RE: | |
| RYAN H. KARMANN | Case No.19-23561 |
| MICHELLE L. KARMANN | |
| 107 WYLIE AVENUE | Chapter 13 |
| HOUSTON, PA 15342 | |
| XXX-XX-6110        Debtor(s) | |
| XXX-XX-4594 | |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/15/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 6582 |
| **MCCABE WEISBERG & CONWAY LLC**<br>1420 WALNUT ST STE 1501<br>PHILADELPHIA, PA 19102 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LOANCARE LAKEVIEW/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 3  INT %: 4.25%<br>Court Claim Number: 14<br>CLAIM: 3,557.26<br>COMMENT: $/CL-PL@4.25%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8558 |
| **CLEARVIEW FCU****<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 4  INT %: 4.25%<br>Court Claim Number: 6<br>CLAIM: 20,910.48<br>COMMENT: $/CL-PL@4.25%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4546 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RUSHMORE SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number: 30<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 10/19*FR LOANCARE-DOC 68*FR CLS-DOC 73*FR N | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7170 |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M**<br>C/O ONE MAIN(*)<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 6  INT %: 4.25%<br>Court Claim Number: 4<br>CLAIM: 6,125.00<br>COMMENT: $CL4GOV@TERMS/PL*PMT/CONF*$/CL-PL@4.25%/PL*W/63 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7243 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 1,119.32<br>COMMENT: 8753/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4004 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 539.97<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6991 |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 40213-3439 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 26<br>CLAIM: 608.93<br>COMMENT: BEST BUY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3893 |
| **COMENITY BANK++**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~LNBRYANT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6675 |

| Creditor | Trustee Claim # | Court Claim # | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC AGNT - COMENITY BANK, PO BOX 788, KIRKLAND, WA 98083-0788 | 11 | 20 | 912.20 | PIER ONE | UNSECURED CREDITOR | 6780 |
| COMENITY BANK++, PO BOX 182272, COLUMBUS, OH 43218 | 12 | | 0.00 | NT ADR~NO$~EDDIE BAUER~NTC ONLY/SCH | UNSECURED CREDITOR | 6401 |
| QUANTUM3 GROUP LLC AGNT - COMENITY BANK, PO BOX 788, KIRKLAND, WA 98083-0788 | 13 | 19 | 362.72 | HOT TOPIC | UNSECURED CREDITOR | 0040 |
| COMENITY BANK++, PO BOX 182272, COLUMBUS, OH 43218 | 14 | | 0.00 | NT ADR~NO$~WAYFAIR~NTC ONLY/SCH | UNSECURED CREDITOR | 6026 |
| COMENITY BANK++, PO BOX 182272, COLUMBUS, OH 43218 | 15 | | 0.00 | NT ADR~NO$~BON TON~NTC ONLY/SCH | UNSECURED CREDITOR | 4720 |
| QUANTUM3 GROUP LLC - AGENT COMENITY CA, PO BOX 788, KIRKLAND, WA 98083-0788 | 16 | 18 | 419.73 | GAMESTOP | UNSECURED CREDITOR | 7783 |
| QUANTUM3 GROUP LLC - AGENT COMENITY CA, PO BOX 788, KIRKLAND, WA 98083-0788 | 17 | 21 | 3,526.14 | OVERSTOCK | UNSECURED CREDITOR | 1424 |
| COMENITY BANK++, PO BOX 182272, COLUMBUS, OH 43218 | 18 | | 0.00 | NT ADR~NO$~PETLAND~NTC ONLY/SCH | UNSECURED CREDITOR | 5533 |
| CREDIT COLLECTIONS USA, 16 DISTRIBUTOR DRIVE, STE 1, MORGANTOWN, PA 26501-7209 | 19 | | 0.00 | NO$~NTC ONLY/SCH | UNSECURED CREDITOR | 5801 |
| LVNV FUNDING LLC, C/O RESURGENT CAPITAL SVCS, PO BOX 10587, GREENVILLE, SC 29603-0587 | 20 | 15 | 773.47 | SHERMAN/CREDIT ONE | UNSECURED CREDITOR | 0514 |

| Creditor | Claim Info | Creditor Info |
|---|---|---|
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 765.57<br>COMMENT: SHERMAN/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8945 |
| **DEBT COLLECTION PARTNER++**<br>1109 VAN VOORIS RD STE<br>MORGANTOWN, WV  26505 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 16X1 |
| **DEBT COLLECTION PARTNER++**<br>1109 VAN VOORIS RD STE<br>MORGANTOWN, WV  26505 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 16X2 |
| **US DEPARTMENT OF EDUCATION - NELNET**<br>PO BOX 82561<br>LINCOLN, NE  68501 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9411 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA  16148 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0101 |
| **CAVALRY SPV I LLC***<br>C/O CAVALRY PORTFOLIO SERVICES LLC(*)<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:24<br>CLAIM: 0.00<br>COMMENT: 5997~NTC ONLY/SCH*HSBC/ORCHARD BANK*STALE CL 479.89 W/D*DOC 127 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5320 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:9-2<br>CLAIM: 0.00<br>COMMENT: CL9-2GOV*AMD CL=$0 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6110 |
| **JARED**<br>375 GHENT RD<br>AKRON, OH  44333 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0232 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B/**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 9,031.39<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1844 |
| **KAY JEWELERS**<br>STERLING JEWELERS<br>375 GHENT ROAD<br>AKRON, OH  44333 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6679 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **KEYBRIDGE MEDICAL REVENUE CARE**<br>2348 BATON ROUGE<br><br>LIMA, OH  45805 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1552 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  2,691.20<br>COMMENT:  KOHL'S | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7833 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  373.93<br>COMMENT:  KOHL'S | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1695 |
| **DOWNEY P. LEMON REFUSE**<br>7 WILSON AVENUE<br><br>CANNONSBURG, PA  15317 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LENDMARK FINANCIAL SERVICES LLC**<br>2118 USHER ST<br><br>COVINGTON, GA  30014 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0008 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br><br>KIRKLAND, WA  98083-0657 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:25<br><br>CLAIM:  480.77<br>COMMENT:  MACY'S | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1230 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br><br>NOTTINGHAM, MD  21236 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6916 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br><br>PORTLAND, OR  97208 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  0.00<br>COMMENT:  PMT/PL @ UNS SPECIAL*50x(84+2)=LMT | | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  6110 |
| **SANTANDER CONSUMER USA\*\***<br>PO BOX 961245<br><br>FT WORTH, TX  76161-1245 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1000 |
| **SPRINGLEAF FINANCIAL SERVICES INC(\*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7275 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **STONEGATE MORTGAGE CORP++**<br>4849 GREENVILLE AVE STE 800<br><br>DALLAS, TX 75206 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7304 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:29<br>CLAIM: 492.85<br>COMMENT: SYNCHRONY/AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4473 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:28<br>CLAIM: 372.74<br>COMMENT: SYNCHRONY/GAP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3016 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:27<br>CLAIM: 280.69<br>COMMENT: SYNCHRONY/DSG | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4213 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP AS**<br>DEPT 888 PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:23<br>CLAIM: 99.00<br>COMMENT: TJX/GEMB/GECRB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4605 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 276.19<br>COMMENT: 6715/SCH*SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6713 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP AS**<br>DEPT 888 PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:22<br>CLAIM: 113.46<br>COMMENT: ZULILY/GEMB/GECRB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7825 |
| **TD BANK USA NA****<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:32<br>CLAIM: 606.90<br>COMMENT: TARGET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5678 |
| **TD BANK USA NA****<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:31<br>CLAIM: 321.14<br>COMMENT: TARGET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9979 |
| **TRANSWORLD SYSTEMS**<br>PO BOX 15618<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6253 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **TRANSWORLD SYSTEMS**<br>PO BOX 15618<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:51 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2619 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br><br>FAIRMONT, WV 26554 | Trustee Claim Number:52 INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 1,277.29<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0899 |
| **CACH LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:53 INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 0.00<br>COMMENT: NT/SCH*CITIBANK/SEARS*STALE CL @ 810.17 W/DRAWN-DOC 122* OE~DOC 123 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3608 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number:54 INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 292.90<br>COMMENT: CL7GOV*NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6110 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number:55 INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 386.78<br>COMMENT: CL7GOV*NT/SCH-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 6110 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:56 INT %: 0.00%<br>Court Claim Number:9-2<br><br>CLAIM: 5,788.45<br>COMMENT: CL9-2GOV*NT/SCH-PL*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 6110 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RUSHMORE SERVICING<br>PO BOX 619094<br><br>DALLAS, TX 75261-9741 | Trustee Claim Number:57 INT %: 0.00%<br>Court Claim Number:30<br><br>CLAIM: 5,336.99<br>COMMENT: $/CL-PL@LOANCARE/PL*THRU 9/19*FR LOANCARE-DOC 68*FR CLS-DOC 73*FR N/ | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7170 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:58 INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 1,348.62<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4594 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br><br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number:59 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: ALLY FNCL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number:60 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: LAKEVIEW/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **LOGS LEGAL GROUP LLP** | Trustee Claim Number:61  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 985 OLD EAGLE SCHOOL RD STE 514 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WAYNE, PA  19087 | COMMENT:  LAKEVIEW LOAN/PRAE | |
| **ALBERTELLI LAW** | Trustee Claim Number:62  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 14000 COMMERCE PARKWAY STE H | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| MT LAUREL, NJ  08054 | COMMENT:  LAKEVIEW LN/PRAE | |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M** | Trustee Claim Number:63  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O ONE MAIN(*) | Court Claim Number:4 | ACCOUNT NO.:  7243 |
| PO BOX 3251 | CLAIM:  18,648.01 | |
| EVANSVILLE, IN  47731-3251 | COMMENT:  NO GEN UNS/SCH*W/6 | |

Case 19-23561-JCM    Doc 131    Filed 03/15/24    Entered 03/15/24 11:26:53    Desc
Page 9 of 9