**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   RYAN H. KARMANN
   MICHELLE L. KARMANN
        Debtor(s)

   Ronda J. Winnecour
        Movant
     vs.
   No Respondents.

Case No.:19-23561

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/10/2019 and confirmed on 11/13/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 94,667.02 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 94,667.02 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,522.45 | |
|   Trustee Fee | 4,634.34 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,156.79 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 53,407.33 | 0.00 | 53,407.33 |
|     Acct: 7170 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 5,336.99 | 0.00 | 0.00 | 0.00 |
|     Acct: 7170 | | | | |
|   ALLY FINANCIAL(*) | 3,557.26 | 3,251.27 | 506.64 | 3,757.91 |
|     Acct: 8558 | | | | |
|   CLEARVIEW FCU** | 20,910.48 | 20,800.55 | 1,942.35 | 22,742.90 |
|     Acct: 4546 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC A/S/F C | 6,125.00 | 6,125.00 | 477.09 | 6,602.09 |
|     Acct: 7243 | | | | |
| | | | | 86,510.23 |
| **Priority** | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RYAN H. KARMANN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W MCELRATH JR ESQ++ | 3,522.45 | 3,522.45 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W MCELRATH JR ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SCOTT R LOWDEN ESQ** | 77.55 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 386.78 | 0.00 | 0.00 | 0.00 |
| Acct: 6110 | | | | |
| INTERNAL REVENUE SERVICE* | 5,788.45 | 0.00 | 0.00 | 0.00 |
| Acct: 6110 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6110 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 1,119.32 | 0.00 | 0.00 | 0.00 |
| Acct: 4004 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 539.97 | 0.00 | 0.00 | 0.00 |
| Acct: 6991 | | | | |
| CITIBANK NA** | 608.93 | 0.00 | 0.00 | 0.00 |
| Acct: 3893 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6675 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 912.20 | 0.00 | 0.00 | 0.00 |
| Acct: 6780 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6401 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 362.72 | 0.00 | 0.00 | 0.00 |
| Acct: 0040 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6026 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4720 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 419.73 | 0.00 | 0.00 | 0.00 |
| Acct: 7783 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 3,526.14 | 0.00 | 0.00 | 0.00 |
| Acct: 1424 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5533 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5801 | | | | |
| LVNV FUNDING LLC | 773.47 | 0.00 | 0.00 | 0.00 |
| Acct: 0514 | | | | |
| LVNV FUNDING LLC | 765.57 | 0.00 | 0.00 | 0.00 |
| Acct: 8945 | | | | |
| DEBT COLLECTION PARTNER++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 16X1 | | | | |
| DEBT COLLECTION PARTNER++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 16X2 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9411 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0101 | | | | |
| CAVALRY SPV I LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5320 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6110 | | | | |

| 19-23561 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | JARED | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0232 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CHA | 9,031.39 | 0.00 | 0.00 | 0.00 |
| | Acct: 1844 | | | | |
| | KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6679 | | | | |
| | KEYBRIDGE MEDICAL REVENUE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1552 | | | | |
| | CAPITAL ONE NA** | 2,691.20 | 0.00 | 0.00 | 0.00 |
| | Acct: 7833 | | | | |
| | CAPITAL ONE NA** | 373.93 | 0.00 | 0.00 | 0.00 |
| | Acct: 1695 | | | | |
| | DOWNEY P. LEMON REFUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LENDMARK FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0008 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 480.77 | 0.00 | 0.00 | 0.00 |
| | Acct: 1230 | | | | |
| | MARINER FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6916 | | | | |
| | SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1000 | | | | |
| | SPRINGLEAF FINANCIAL SERVICES INC(* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7275 | | | | |
| | STONEGATE MORTGAGE CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7304 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 492.85 | 0.00 | 0.00 | 0.00 |
| | Acct: 4473 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 372.74 | 0.00 | 0.00 | 0.00 |
| | Acct: 3016 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 280.69 | 0.00 | 0.00 | 0.00 |
| | Acct: 4213 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 99.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4605 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 276.19 | 0.00 | 0.00 | 0.00 |
| | Acct: 6713 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 113.46 | 0.00 | 0.00 | 0.00 |
| | Acct: 7825 | | | | |
| | TD BANK USA NA** | 606.90 | 0.00 | 0.00 | 0.00 |
| | Acct: 5678 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6582 | | | | |
| | MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TD BANK USA NA** | 321.14 | 0.00 | 0.00 | 0.00 |
| | Acct: 9979 | | | | |
| | TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6253 | | | | |
| | TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2619 | | | | |
| | WEST PENN POWER* | 1,277.29 | 0.00 | 0.00 | 0.00 |
| | Acct: 0899 | | | | |
| | CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3608 | | | | |
| | PA DEPARTMENT OF REVENUE* | 292.90 | 0.00 | 0.00 | 0.00 |
| | Acct: 6110 | | | | |
| | UPMC PHYSICIAN SERVICES | 1,348.62 | 0.00 | 0.00 | 0.00 |
| | Acct: 4594 | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-23561 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 4 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | ALBERTELLI LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | ONE MAIN FINANCIAL GROUP LLC A/S/F C | 18,648.01 | 0.00 | 0.00 | 0.00 |
| Acct: 7243 | | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | 86,510.23 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 6,175.23 | |
| SECURED | 35,929.73 | |
| UNSECURED | 45.735.13 | |

Date: 08/07/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com