**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>    RYAN H. KARMANN<br>    MICHELLE L. KARMANN<br>        Debtor(s) | Case No. 19-23561JCM |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/10/2019.

2) The plan was confirmed on 11/13/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/23/2020, 10/30/2020, 04/28/2023.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/14/2023, 06/27/2024.

5) The case was dismissed on 07/24/2024.

6) Number of months from filing or conversion to last payment: 58.

7) Number of months case was pending: 60.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $30,671.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $94,667.02 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$94,667.02** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,522.45 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,634.34 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$8,156.79** |
| Attorney fees paid and disclosed by debtor: | $400.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLY FINANCIAL(*) | Secured | 3,510.00 | 3,557.26 | 3,557.26 | 3,251.27 | 506.64 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | 1,119.00 | 1,119.32 | 1,119.32 | 0.00 | 0.00 |
| CACH LLC | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 539.00 | 539.97 | 539.97 | 0.00 | 0.00 |
| CAPITAL ONE NA** | Unsecured | 2,691.00 | 2,691.20 | 2,691.20 | 0.00 | 0.00 |
| CAPITAL ONE NA** | Unsecured | 373.00 | 373.93 | 373.93 | 0.00 | 0.00 |
| CAVALRY SPV I LLC* | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK NA** | Unsecured | 608.00 | 608.93 | 608.93 | 0.00 | 0.00 |
| CLEARVIEW FCU** | Secured | 21,006.00 | 20,910.48 | 20,910.48 | 20,800.55 | 1,942.35 |
| COMENITY BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTIONS USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEBT COLLECTION PARTNER++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEBT COLLECTION PARTNER++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 480.00 | 480.77 | 480.77 | 0.00 | 0.00 |
| DOWNEY P. LEMON REFUSE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 0.00 | 5,788.45 | 5,788.45 | 0.00 | 0.00 |
| JARED | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 232.00 | 276.19 | 276.19 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA S/B/M/ | Unsecured | 9,031.39 | 9,031.39 | 9,031.39 | 0.00 | 0.00 |
| KAY JEWELERS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KEYBRIDGE MEDICAL REVENUE CA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LAKEVIEW LOAN SERVICING LLC | Secured | 103,394.00 | 103,611.27 | 0.00 | 53,407.33 | 0.00 |
| LAKEVIEW LOAN SERVICING LLC | Secured | 0.00 | 5,336.99 | 5,336.99 | 0.00 | 0.00 |
| LENDMARK FINANCIAL SERVICES LI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 773.00 | 773.47 | 773.47 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LVNV FUNDING LLC | Unsecured | 765.00 | 765.57 | 765.57 | 0.00 | 0.00 |
| MARINER FINANCE LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC A | Unsecured | 0.00 | 18,648.01 | 18,648.01 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC A | Secured | 23,624.00 | 6,125.00 | 6,125.00 | 6,125.00 | 477.09 |
| PA DEPARTMENT OF REVENUE* | Priority | NA | 386.78 | 386.78 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | NA | 292.90 | 292.90 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 492.00 | 492.85 | 492.85 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 372.00 | 372.74 | 372.74 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 280.00 | 280.69 | 280.69 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT CO | Unsecured | 371.00 | 419.73 | 419.73 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT CO | Unsecured | 3,404.00 | 3,526.14 | 3,526.14 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COM | Unsecured | 852.00 | 912.20 | 912.20 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COM | Unsecured | 316.00 | 362.72 | 362.72 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES I | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STONEGATE MORTGAGE CORP++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK BY AIS INFOSOU | Unsecured | 99.00 | 99.00 | 99.00 | 0.00 | 0.00 |
| SYNCHRONY BANK BY AIS INFOSOU | Unsecured | 76.00 | 113.46 | 113.46 | 0.00 | 0.00 |
| TD BANK USA NA** | Unsecured | 556.00 | 606.90 | 606.90 | 0.00 | 0.00 |
| TD BANK USA NA** | Unsecured | 276.00 | 321.14 | 321.14 | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES | Unsecured | NA | 1,348.62 | 1,348.62 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 162,593.00 | 162,593.94 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION - N | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEST PENN POWER* | Unsecured | 1,277.29 | 1,277.29 | 1,277.29 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $53,407.33 | $0.00 |
| Mortgage Arrearage | $5,336.99 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $30,592.74 | $30,176.82 | $2,926.08 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$35,929.73** | **$83,584.15** | **$2,926.08** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,175.23 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$6,175.23** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$45,735.13** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $8,156.79 |
| Disbursements to Creditors | $86,510.23 |
| **TOTAL DISBURSEMENTS** : | **$94,667.02** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/05/2024                                  By:/s/ Ronda J. Winnecour
                                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**